| | |
|---|---|
| 1 | Julian M. Baum (CA State Bar No. 130892) |
| | Lisa A. Lawrence (CA State Bar No. 132310) |
| 2 | JULIAN M. BAUM & ASSOCIATES |
| | 9 Tenaya Lane |
| 3 | Novato, California 94947 |
| | Telephone: (415) 963-4424 |
| 4 | Facsimile: (888) 452-3849 |
| | E-Mail: JMB@JMBLawGroup.Com |
| 5 | |
| | *Attorneys for Plaintiff* |
| 6 | |
| | Anthony J. Rao (SBN 173582) |
| 7 | RAO TILIAKOS LLP |
| | 90 Park Avenue, 18th Floor |
| 8 | New York, NY 10016 |
| | Telephone: (212) 455-9255 |
| 9 | Facsimile: (212) 297-0005 |

***E-FILED - 5/20/11***

Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROGER LOWTHER, | Case No. 5:11-cv-00350-RMW |
| Plaintiff, | **STIPULATION AND** xxxxxxxxxxxxx **ORDER** |
| vs. | HEARING: |
| EXEL GLOBAL LOGISTICS RETIREMENT PLAN; EXEL GLOBAL LOGISTICS, INC.; DPWN HOLDINGS (USA), INC. and EMPLOYEE BENEFITS COMMITTEE OF DPWN HOLDINGS (USA), INC., | Judge: Honorable Ronald M. Whyte |
| | Date: May 20, 2011 |
| | Time: 1:30 p.m. |
| | Ctrm: 6 |
| Defendants. | |

**STIPULATION**

The parties, by and through their counsel of record, hereby stipulate and agree as follows:

STIPULATION
Case No. 5:11-cv-00350-RMW

1.  Defendants will issue a settlement check made out to "Law Offices of Julian M. Baum & Associates Client Trust Account, for Roger Lowther" on Friday, May 20, 2011. Defendants will ensure that payment in full is received by Plaintiff's counsel no later than the end of the business day on Monday, May 23, 2011.

2.  In the event that payment is not made as specified in paragraph one, then Defendants shall pay to Plaintiff the additional sum of $1,000 per day until the settlement is paid in full.

3.  The parties hereby stipulate that the hearing on the "Order to Show Cause Why the Settlement Has Not Been Paid" scheduled for May 20, 2011 be taken off the calendar.

DATED: May 20, 2011            JULIAN M. BAUM & ASSOCIATES

                               BY _____
                               ATTORNEYS FOR PLAINTIFF

DATED: May 20, 2011            RAO TILIAKOS LLP


                               By____/s/ Anthony J. Rao_____
                                      Anthony J. Rao

                               Attorneys for Defendants

|XXXXXXXXXXX| **ORDER**

**THE PARTIES HAVING STIPULATED AS SET FORTH ABOVE, IT IS SO ORDERED.**

Dated: _____5/20_____, 2011

                               _____
                               Honorable RONALD M. WHYTE
                               JUDGE OF THE UNITED STATES
                               DISTRICT COURT

Parties are to appear on June 3, 2011 at 10:30 a.m.  If payment has been made, Plaintiff is ordered to file a dismissal by May 31, 2011, and contact the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

Case No. 5:11-cv-00350-RMW                                                                    2